# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2011

142959

GALEN BEAUCH,
      Plaintiff-Appellant,

v

E.L. HOLLINGSWORTH & COMPANY,
      Defendant-Appellee.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142959
COA: 299890
WCAC: 08-000244

_____/

      On order of the Court, the application for leave to appeal the March 10, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2011

_____
Clerk

t0713